# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**WALTER F. BENSON**

    vs.                    **CASE NUMBER: 5:08-cv-1215 (GTS/DEP)**

**QUICKKNOWLEDGE, INC.**

**Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that default judgment be entered in favor of the Plaintiff and against Defendant in the amount of one hundred thousand dollars ($100,000), together with forty thousand five-hundred and ninety one dollars and seventy-eight cents ($40,591.78) in interest as of May 10, 2010, for a total of One Hundred and Forty Thousand Five-Hundred Ninety One Dollars and Seventy-Eight Cents ($140,591.78) pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 10th day of May, 2010.

DATED: May 10, 2010

*Lawrence K. Baerman*
Clerk of Court

_____
L. Welch
Deputy Clerk